**Order filed July 12, 2022**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-21-00609-CV
_____

**THE STATE OF TEXAS, Appellant**

**V.**

**THE JAMAIL CHILDREN TRUSTS OF 2010, BY CHARLES EDWARD LOBB, JR., AS TRUSTEE, Appellee**

**On Appeal from the County Court at Law No 1
Galveston County, Texas
Trial Court Cause No. CV-0087120**

## ABATEMENT ORDER

On June 27, 2022, the parties filed a joint motion extend time to file appellee's brief. Appellee's brief was originally due February 23, 2022. This court has granted two motions to extend time to file appellee's brief. The motion explained that appellee requested additional time to file its brief because the parties are engaged in mediation. The motion to extend time remains pending. Instead, the court orders that this appeal be abated for mediation. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until September 12, 2022. The appeal will be reinstated on this

court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Wilson.